1200/20-7599.SC/kmc/bja

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| BRANDON E. KLEIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No.:  2:19-cv-484-TLS-JPK |
| | ) |
| OFFICER TIMOTHY MELE, Individually and | ) |
| in his official capacity, OFFICER BRIAN | ) |
| DANIELS, Individually and in his official | ) |
| capacity, and the TOWN OF SCHERERVILLE, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants, OFFICER TIMOTHY MELE, OFFICER BRIAN DANIELS, and the TOWN OF SCHERERVILLE, by and through one of their attorneys, KATLYN M. CHRISTMAN (#34670-64) of KNIGHT, HOPPE, KURNIK & KNIGHT, LTD., respectfully move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to grant Defendants, Officer Timothy Mele ("Officer Mele") and Officer Brian Daniels' ("Officer Daniels") Motion to Dismiss.  In support thereof, Defendants state as follows:

1.	On December 16, 2019, Plaintiff filed his Complaint against the above-named Defendants arising from the December 25, 2016 and September 22, 2015 incidents that led to his arrests.  [DE #1].

2.	A plaintiff must plead sufficient factual matter that, if accepted as true, will state a claim for "relief that is plausible on its face" under Federal Rule of Civil Procedure 8.  *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

3.	If a complaint fails to state a claim upon which relief may be granted it will be dismissed.  Fed. R. Civ. P. 12(b)(6).

1

4.      "Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." *Iqbal*, 556 U.S. at 678.

5.      Plaintiff's malicious prosecution claims against each officer fail because:  (1) probable cause existed for his arrests; (2) Plaintiff fails to establish malice; and (3) the prosecutions that resulted from each arrest did not terminate in his favor.

6.      Alternatively, Officer Mele and Officer Daniels are entitled to qualified immunity for their beliefs that probable cause existed and for their reliance on advice of counsel.

7.      Plaintiff's *Monell* claim fails because: (1) there is no underlying constitutional violation; and (2) Plaintiff fails to allege a widespread policy, practice, or custom sufficient to establish municipal liability and instead relies on threadbare recitals of the cause of action.

8.      Therefore, Plaintiff's Complaint should be dismissed.

WHEREFORE, for the foregoing reasons, and the reasons set forth in Defendants, OFFICER TIMOTHY MELE, OFFICER BRIAN DANIELS, and the TOWN OF SCHERERVILLE'S Memorandum of Law contemporaneously filed within, Defendants respectfully request that this Court grant their Motion to Dismiss and/or for any other relief deemed just and proper in the premises.

Respectfully Submitted,

/s/ Katlyn M. Christman
KATLYN M. CHRISTMAN (#34670-64)

KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for DEFENDANTS, OFFICER TIMOTHY MELE,
Individually and in his official capacity, OFFICER BRIAN
DANIELS, Individually and in his official capacity, and the
TOWN OF SCHERERVILLE
233 E. 84th Drive, Suite 301
Merrillville, IN  46410
219/322-0830; FAX: 219/322-0834
EMAIL:  Kchristman@khkklaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2020, the foregoing **DEFENDANTS' MOTION TO DISMISS** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

- **David M Austgen**
  akapc@austgenlaw.com
- **Katlyn M Christman**
  Kchristman@khkklaw.com,Balexander@khkklaw.com
- **Brian N Custy**
  bcusty@custylaw.com,melissa@custylaw.com,ashley@custylaw.com
- **Elizabeth A. Knight**
  Eknight@khkklaw.com,Kmeyer@khkklaw.com

**Manual Notice List:  None**

/s/ Katlyn M. Christman

20-02-10 Def MTD 7599